## UNITED STATES DISTRICT COURT
## <u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| AL PEREIRA,<br><br>   Plaintiff,<br><br>v.<br><br>KENDALL JENNER, INC.,<br><br>   Defendant. | Case No. 1:17-cv-06945 (RA)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JEFFREY A. KOBULNICK hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for KENDALL JENNER, INC. in the above-captioned action.

  I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  December 13, 2017

               Respectfully Submitted,

               <u>/s/ Jeffrey A. Kobulnick</u>
               JEFFREY A. KOBULNICK
               BRUTZKUS GUBNER
               21650 Oxnard Street, Suite 500
               Woodland Hills, CA 91367
               Telephone:  818-827-9000
               Facsimile:  818-827-9099
               E-mail:  jkobulnick@bg.law

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

November 30, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY ALLAN KOBULNICK, #228299 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records