## UNITED STATES DISTRICT COURT
## <u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| AL PEREIRA,<br><br>         Plaintiff,<br><br>v.<br><br>KENDALL JENNER, INC.,<br><br>         Defendant. | Case No. 17CIV. 6945 (RA)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of JEFFREY A. KOBULNICK, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's name: | Jeffrey A. Kobulnick |
| Firm name: | Brutzkus Gubner |
| Address: | 21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 |
| Telephone: | 818-827-9000 |
| Facsimile: | 818-827-9099 |
| E-mail: | jkobulnick@bg.law |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for KENDALL JENNER, INC. in the above entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

          RONNIE ABRAMS
          United States District Judge

1880807/4293.013