UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| AL PEREIRA,<br><br>             Plaintiff,<br><br>v.<br><br>KENDALL JENNER, INC.,<br><br>             Defendant. | Case No. 1:17-cv-06945 (RA)<br><br>**CORRECTED MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JEFFREY A. KOBULNICK hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for KENDALL JENNER, INC. in the above-captioned action.

Dated:  December 15, 2017                           Respectfully Submitted,

*[signature]*

JEFFREY A. KOBULNICK
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  818-827-9000
Facsimile:   818-827-9099
E-mail:       jkobulnick@bg.law

## AFFIDAVIT OF JEFFREY A. KOBULNICK

I, Jeffrey A. Kobulnick, hereby declare:

1. I am an attorney licensed to practice before all courts of the State of California and am a partner with the law firm of Brutzkus Gubner, counsel for Defendant, KENDALL JENNER, INC., in the above-entitled matter.

2. I have personal knowledge of the matters set forth herein, either as a direct participant in the matters described, or in my capacity as one of the attorneys responsible for the handling of this case on behalf of Brutzkus Gubner. As to those matters, my knowledge is based upon a review of the files maintained by Brutzkus Gubner in its regular course of business. I am familiar with the manner in which those files are created and maintained. If called and sworn as a witness, I could and would competently testify to the matters set forth herein.

3. I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Certificate from the California Supreme Court pursuant to Local Rule 1.3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2017 at Woodland Hills, California.

_____
JEFFREY A. KOBULNICK



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JEFFREY ALLAN KOBULNICK*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JEFFREY ALLAN KOBULNICK, #228299, was on the 2nd day of December, 2003, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of December, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk