```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/18/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL PEREIRA,

               Plaintiff,

v.

3072541 CANADA INC., *doing business as* KENDALL + KYLIE,

               Defendant.

No. 17-CV-6945 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at the conference on December 1, 2017, the Court ordered Plaintiff's counsel to show cause why he should not be required to post security for costs as a condition of proceeding further with this action. Plaintiff's counsel has not yet responded to that Order. He is directed to file his response no later than December 22, 2017. If he fails to respond by that time, the Court will enter an order requiring him to post security for costs under Local Civil Rule 54.2.

SO ORDERED.

Dated:    December 18, 2017
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge