UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL PEREIRA<br><br>Plaintiff,<br><br>v.<br><br>3072541 CANADA INC.<br><br>Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:17-cv-6945-RA |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Al Pereira gives notice that the above-captioned action is voluntarily dismissed without prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: *1/4/2018*

*Attorneys for Plaintiff Al Pereira*

SO ORDERED:

_____
Hon. Ronnie Abrams