UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL PEREIRA,

       Plaintiff,

- against -

KENDALL JENNER, INC.,

       Defendant.

Docket No. 1:17-cv-06945 RA

**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Assigned to Hon. Ronnie Abrams

The Court, having considered Defendant's Motion for Attorneys' Fees and Costs (the "Motion"), filed by Defendants KENDALL JENNER INC. and 3072541 CANADA INC., and finding good cause therein, HEREBY ORDERS AS FOLLOWS:

1.    The Motion is GRANTED; and

2.    Defendants have thirty (30) days from the date of this Order to file a declaration and evidence supporting an exact amount of their attorneys' fees and costs, to be paid by Plaintiff, AL PEREIRA, and its Counsel, Richard Liebowitz of Liebowitz Law Firm, PLLC. Defendants may file said declaration and evidence under seal.

**IT IS SO ORDERED.**

Dated: _____

                           HON. RONNIE ABRAMS
                           U.S. District Court Judge

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

1908794/4293.013