# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 9, 2018

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Pereira v. Kendall Jenner, Inc. (1:17-cv-06945-RA)*

Dear Judge Abrams,

We represent Plaintiff, Al Pereira, in the above-captioned proceeding. We respectful request a two-week extension until April 27, 2018 to respond to Defendant's motion for attorney's fees and costs. The original date of when our response to due is April 13, 2018. This is the first request for an extension of time to respond. The Defendant does not consent to our request.

The Court's consideration is much appreciated.

Sincerely,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff Al Pereira*