

# Kendall Jenner Apologizes for Notorious B.I.G and Tupac T-Shirts: 'It Was Not Our Intent to Disrespect'

By Sierra Marquina    June 29, 2017

Comment



Kendall Jenner attends the "China: Through The Looking Glass" Costume Institute Benefit Gala in New York City. Dimitrios Kambouris/Getty Images



media by fans and Biggie's mom, **Voletta Wallace**.

[Celebrities' Biggest Social Media Fails »](#)

> June 29, 2017, 1:37 PM
>
> These designs were not well thought out and we deeply apologize to anyone that has been upset and/or offended, especially to the families of the artists. We are huge fans of their music and it was not our intention to disrespect these cultural icons in anyway. The tee shirts have been pulled from retail and all images have been removed. We will use this as an opportunity to learn from these mistakes and again, we are very sorry.



Kendall
@KendallJenner

💜

4:43 PM - Jun 29, 2017



of the artists," Jenner wrote in a statement shared on Twitter. "We are huge fans of their music and it was not our intention to disrespect these cultural icons in anyway. The tee shirts have been pulled from retail and all the images have been removed. We will use this as an opportunity to learn from these mistakes and again, we are very sorry."





THIS PRODUCT HAS NO AFFILIATION TO THE NOTORIOUS B.I.G. ESTATE

The Estate was never  The Likeness of Biggie

News   Stylish   Royals   Entertainment   Pets   Video   More

Subscribe Now

View More on Instagram

**37,931 likes**

**volettawallace** I am not sure who told @kyliejenner and @kendalljenner that they had the right to do this.  The disrespect of these girls to not even reach out to me or anyone connected to the estate baffles me.  I have no idea why they feel they can exploit the deaths of 2pac and my Son Christopher to sell a t-shirt.  This is disrespectful , disgusting, and exploitation at its worst!!!

view all 4,559 comments

9 MONTHS AGO

Her apology comes after Wallace slammed the Jenner sisters on Instagram earlier in the day.



the shirts. "The disrespect of these girls to not even reach out to me or anyone connected to the estate baffles me. I have no idea why they feel they can exploit the deaths of 2pac and my Son Christopher to sell a t-shirt. This is disrespectful, disgusting, and exploitation at its worst!!!"

As previously reported, the since-pulled garments were black T-shirts featuring the rappers' images as well as Kendall and Kylie's, and the letters "KK." Each shirt was priced at $125.

[Kendall Jenner's Bikini Body Photos »](#)

Fans slammed the designers for being "uneducated" and having "no respect."





View More on Instagram

44,360 likes
kellyosbourne #CurrentMood
view all 3,747 comments

9 MONTHS AGO



hashtagged "#currentmood."

*Sign up now for the Us Weekly newsletter* **to get breaking celebrity news, hot pics and more delivered straight to your inbox!**

**Want stories like these delivered straight to your phone?** *Download the* Us Weekly *iPhone app now!*

## More News



HERE ARE FIVE CELEBRITY WELLNESS TRENDS YOU HAVE TO TRY!



Battle Of The Sisters? Kim Posts Racy Bikini Photo After Kourtney's Sexy Snaps



'RHOBH's Dorit Kemsley Unrecognizable In Shocking High School Yearbook Photos!

More News »





**CELEBRITY NEWS**
# Celebrity Siblings







**KUWTK**

# Kim Kardashian's Fans Are Making This Joke About Her Vacation Pics





## Amal Clooney Gives Us Two Ways to Wear a Trench Coat



**SWIM STYLE**
## Kourtney Kardashian's Metallic Bikini Is Fire





**CELEBRITY STYLE**

# Chelsea Handler Makes a Statement With Her Tee



**ROYALS**

# Prince Harry and Meghan Markle's Wedding: Everything We Know So Far







**BEAUTY**

# Halsey Lets Her Freckles Shine in Foundation-Free Selfie



**POST-BABY BODY**

# Heidi Montag Reveals She Is Back to Pre-Pregnancy Weight With Bikini Pic







STYLE
# Ivanka Trump Stuns in a $2,400 Designer Power Dress



HEALTH UPDATE
# Carrie Underwood Shares Update on Injury: 'I'm Doing Pretty Darn Good'





**HAIR**
# Behold: This Is What EmRata Looks Like With Bangs



**RED CARPET**
# See Birthday Girl Mandy Moore's Most Colorful





**STYLE PATROL**
# About Last Night: See What the Stars Wore







OMG

# 'Wheel of Fortune' Contestant Makes Epic Mistake, Twitter Freaks Out





and Friendship



SHOPPING
## These Are the Must-Have Beauty Goods of 2018 Thus Far





MOMS
## Amal Clooney Covers 'Vogue,' Reveals Her Twins' First Words



DADS
## Jeffrey Dean Morgan Shares Graphic Details About Delivering His Kids

UsWeekly has affiliate partnerships so we may receive compensation for some links to products and services.

© American Media, Inc. 2017    Privacy Policy    Ad Choices    Data Policy    Terms of Use    Contact Us    Media Kits

